AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| SOPHIA KIM, also known as Sophia Kim Sebold and Sookyeong Kim Sebold | ) Case No. |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/9/18 through 9/21/18  in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(2) | knowingly executed and attempted to execute a scheme and artifice to defraud, and to obtain monies, funds, credits, assets, securities, and other property owned by, and under the custody and control of BB&T Bank, which was a financial institution with deposits insured by the Federal Deposit Insurance Corporation, to wit: funds from bank accounts held in the name of the Kirov Academy of Ballet, by means of materially false and fraudulent pretenses, representations, and promises |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jeffrey Schurott, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/2019

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*